# United States District Court
Southern District of New York
Office of the Clerk
U.S. Courthouse
500 Pearl Street, New York, N.Y. 10007-1213

Date: 1/13/05

05 10208 MLW   RE: Weiben v. Northfield

DOCKET NO. 02 - 2868

Dear Sir/Madam,

Pursuant to an Order of this Court, the above entitled action is transferred to your District. The papers enclosed herewith constitute the entire file in this action. A certified copy of the Order of Transfer is included in lieu of the original which is retained in our files.

The enclosed copy of this letter is for your convenience in acknowledging receipt of the file.

Yours truly,
J. Michael McMahon,

by: C. Danier
Deputy Clerk

Federal Express # 8467-3664-3014

---

**RECEIPT IS ACKNOWLEGED OF THE DOCUMENTS DESCRIBED HEREIN AND ASSIGNED CASE NUMBER:**

_____ ON DATE: _____

CASE TRANSFERRED OUT FORM

DUPLICATE ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
KATHERINE E. SCHLIEBEN,            :
              Plaintiff,           :    02 Civ. 2868 (LMM)
         - v -                     :    MEMORANDUM AND ORDER
NORTHFIELD MOUNT HERMON SCHOOL,    :
              Defendant.           :
------------------------------------x

McKENNA, D.J.

**1.**

On May 13, 2003, this Court entered a conditional order of dismissal on the understanding that the parties had agreed to settlement. It appeared from subsequent conferences with counsel for plaintiff that prior counsel for plaintiff was not authorized to agree to the settlement to which he agreed. The May 13, 2003 conditional order of dismissal must therefore be vacated.

**2.**

Plaintiff (through new counsel) moves (i) pursuant to Fed. R. Civ. P. 15 for leave to file an amended complaint, and (ii) pursuant to 28 U.S.C. §§ 1404 and 1406 for an order transferring this action to the District of Massachusetts. Defendant has opposed the motion for leave to amend and not taken a position on the motion to transfer.

COPIES MAILED TO COUNSEL   SEP 15 2004

**3.**

The motion for an order transferring this action to the District of Massachusetts is granted. The tort alleged in the complaint occurred in that district, and the substantive law of Massachusetts will, presumably, apply; further, if the motion for leave to amend the complaint is granted, parties defendant will be added over whom this Court is not likely to be able to obtain personal jurisdiction. This action might have been brought in the District of Massachusetts, and the interests of justice weigh in favor of transfer to that district. The motion for transfer is granted.

**4.**

Since the case is to be transferred, it is appropriate for the transferee district to determine whether leave to amend should be granted. The motion for permission to amend the complaint is accordingly denied without prejudice to renewal upon transfer.

**5.**

The Clerk is directed to reopen this case, and then to transfer it to the United States District Court for the District of Massachusetts.

SO ORDERED.

Dated: September 15, 2004

_____
Lawrence M. McKenna
U.S.D.J.

2