UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


KATHERINE E. SCHLIEBEN,          )
    Plaintiffs,              )
                             )
    v.                       )          C.A. No. 05-10208-MLW
                             )
NORTHFIELD MOUNT HERMON SCHOOL, )
    Defendants,              )


ORDER


WOLF, D.J.                                         March 14, 2005


    This case was transferred to this court from the United States District Court for the Southern District of New York. Assignment to the Eastern Division of Massachusetts was not proper.  A case shall be assigned to a respective division if "[t]he only parties residing in the District of Massachusetts reside in that division." Local Rule 40.1(D)(1)(c) of the Local Rules of the United States District Court for the District of Massachusetts.

    The defendant, Northfield Mount Hermon School, is the only party that resides in the District of Massachusetts.  It is located in Northfield, Franklin County, Massachusetts, which is part of The Western Division of this District.  See Local Rule 40.1(C)(3) of the Local Rules of the United States District Court for the District of Massachusetts.

Accordingly, it is hereby ORDERED that this case be TRANSFERRED to the Western Division of the United States District Court for the District of Massachusetts.

_____
UNITED STATES DISTRICT JUDGE