UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C.A. NO. 3:05-CV-10208-MAP

**KATHERINE F. SCHLIEBEN,**

    **Plaintiff**

v.

**NORTHFIELD MOUNT HERMON SCHOOL.**

    **Defendant**

## NOTICE OF APPEARANCE

Kindly enter my appearance for the defendant, Northfield Mount Hermon School.

/S/James W. Simpson, Jr.
James W. Simpson, Jr., BBO#634344
Douglas I. Louison   BBO# 545191
James W. Simpson, Jr. BBO#634344
MERRICK, LOUISON & COSTELLO, LLP
67 Batterymarch Street
Boston, MA 02110
(617) 439-0305

**CERTIFICATE OF SERVICE**

 I, James W. Simpson, Jr., certify that on the 8th day of April 2005, I served the foregoing Notice of Appearance on the following counsel of record:

   Samuel Perkins, Esq.
   Brody, Hardoon, Perkins & Kesten, LLP
   One Exeter Plaza, 12th Floor
   Boston, MA 02116


         /S/James W. Simpson, Jr.
         James W. Simpson, Jr.