UNITED STATES DISTRICT COURT
FOR THE WESTERN DIVISION OF MASSACHUSETTS

C.A. NO.: 05-CV-10208-MAP

KATHERINE E. SCHLIEBEN, )
    Plaintiff, )
     )
V. )
     )
NORTHFIELD MOUNT HERMON )
SCHOOL, JACQUELINE SMETHURST, )
DAVID SCHOCHET, RICHARD )
SCHWINGLE, LOUISE SCHWINGLE )
AND JUDITH KEMLITZ, )
    Defendants. )

### Parties' Joint Statement

Pursuant to Local Rule 16.1, the Plaintiff and the Defendants propose the following Joint Statement in advance of the scheduling conference set for May 18, 2005.

I.     Statement Pursuant to Local Rule 16.1(B)

Counsel for the plaintiff and defendants state herein that they have conferred pursuant to Rule 16.1(b) for the purpose of (1) preparing an agenda of matters to be discussed at the scheduling conference; (2) preparing a proposed pretrial schedule; and (3) considering whether the parties will consent to trial by magistrate judge.

II.     Statement Pursuant to Local Rule 16.1(C)

The plaintiff has submitted a settlement proposal to the defendant.

III.     Proposed Statement Pursuant to Local Rule 16.1(D)

The parties propose the following pretrial schedule:

1.     **Close of discovery**: December 31, 2005

    Plaintiff's anticipated discovery

At this time, the Plaintiff anticipates she will notice *five* (5) depositions, including the deposition of the following:

    a.     Jacqueline Smethurst;
    b.     David Schochet;
    c.     Richard Schwingle;
    d.     Louise Schwingle; and
    e.     Judith Kemlitz.

<u>Defendants' anticipated discovery</u>

At this time the Defendants anticipate that they will notice two depositions.

2. **Proposed Motion Schedule** – Dispositive motions to be filed on or before February 1, 2006 with response due 30 days thereafter.

**Proposed Pretrial Conference Date** – The plaintiff proposes that the Court conduct a pre-trial conference in this matter in March, 2006.

3. **Certifications** signed by counsel and an authorized representative of each party affirming that each party and that party's counsel have conferred pursuant to Local Rule 16.1 will be filed with the Court under separate cover.

Respectfully submitted,
The Plaintiff,
Katherine Schlieben,
By her attorney,

Respectfully submitted,
The Defendants,
Northfield Mount Herman School,
Jacqueline Smethurst, David Schochet, and
Richard Schwingle, Louise Schwingle and
Judith Kemlitz
By their attorneys,

/s/Samuel Perkins
Samuel Perkins, BBO# 542396
Brody, Hardoon, Perkins & Kesten, LLP
One Exeter Plaza
Boston, MA  02116
(617) 880-7100

/s/James W. Simpson
James W. Simpson, Jr., Esq., BBO # 634344
Douglas I. Louison, Esq., BBO # 545191
Merrick, Louison & Costello, LLP
67 Batterymarch Street
Boston, MA  02110

DATED: May 17, 2005