UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

KATHERINE E. SCHLIEBEN,           )
          Plaintiff           )
                              )
v.                                )   Civil Action No.  05-10208-KPN
                              )
                              )
NORTHFIELD MOUNT HERMON            )
SCHOOL, JACQUELINE SMETHURST,      )
DAVID SCHOCHET, RICHARD            )
SCHWINGLE, LOUISE SCHWINGLE,       )
and JUDITH KEMLITZ,                )
          Defendants          )

SCHEDULING ORDER
May 18, 2005

NEIMAN, U.S.M.J.

The following schedule was established at the initial scheduling conference this day:

1. All discovery shall be completed by December 30, 2005.

2. Counsel shall appear for a case management conference on January 9, 2006, at 11:00 a.m. in Courtroom Three.

IT IS SO ORDERED.

                                            /s/ Kenneth P. Neiman
                                            KENNETH P. NEIMAN
                                            U.S. Magistrate Judge