UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C.A. NO. 3:05-CV-10208-KPN

KATHERINE F. SCHLIEBEN,

    Plaintiff

v.

NORTHFIELD MOUNT HERMON SCHOOL,
JACQUELINE SMETHURST, DAVID SCHOCHET,
RICHARD SCHWINGLE, LOUISE SCHWINGLE, and
JUDITH KEMLITZ,

    Defendants

## JOINT MOTION TO CONTINUE TRIAL DATE

Now comes the parties to the above action and move to continue the trial date currently scheduled for May 8, 2006. As grounds therefor, the parties state that they have been attempting to coordinate mediation dates with James V. Ryan via JAMS but, have been unable to secure a date convenient with all parties until May 18, 2006.

WHEREFORE, the parties respectfully request that the trial of the above matter be continued until after that date.[1]

| | |
|---|---|
| The plaintiff, Katherine Schlieben, | The defendants, Northfield Mount Hermon et al., |
| /s/ Samuel Perkins | /s/ James W. Simpson, Jr. |
| Samuel Perkins, Esq., | James W. Simpson, Jr., |
| Brody, Hardoon, Perkins & Kesten, LLP. | Merrick, Louison & Costello, LLP. |
| One Exeter Plaza | 67 Batterymarch Street |
| Boston, MA 02116 | Boston, MA 02110 |

---

[1] Counsel for the defendants is scheduled to commence two trials in the month of June 2006 before the United States District Court in Boston. (Kallegeri v. Arcos, (June 5, 2006) and Sylva v. City of Quincy, (June 20, 2006).