UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C.A. NO. 3:05-CV-10208-KPN

KATHERINE F. SCHLIEBEN,

    Plaintiff

v.

NORTHFIELD MOUNT HERMON SCHOOL,
JACQUELINE SMETHURST, DAVID SCHOCHET,
RICHARD SCHWINGLE, LOUISE SCHWINGLE, and
JUDITH KEMLITZ,

    Defendants

## STIPULATION OF DISMISSAL

The plaintiff, Katherine Schlieben, and the defendants hereby stipulate pursuant to Fed. R. Civ. P. 41 (a) (1) and 41(c) that this action, including any and all claims set forth in any and all pleadings, including all counter claims, cross claims and/or third party complaints as against the defendants, be dismissed **with prejudice**, without costs or attorney's fees, and with all rights of appeal being waived.

| | |
|---|---|
| Plaintiff, Katherine Schlieben,<br>By her Attorneys, | Defendants,<br>By their attorneys, |
| /s/Samuel Perkins<br>Samuel Perkins, Esq.<br>Brody, Hardoon, Perkins & Kesten, LLP.<br>One Exeter Plaza<br>Boston, MA 02116 | /s/James W. Simpson<br>Douglas I. Louison, BBO# 545191<br>James W. Simpson, Jr. BBO# 634344<br>Merrick, Louison & Costello, LLP<br>67 Batterymarch Street<br>Boston, MA 02110 |